UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

DERRICK SCOTT (#126374)

VERSUS

BURL CAIN

CIVIL ACTION

NO. 12-412-JJB-DLD

RULING

The court has carefully considered the petition, the record, the law applicable to this action, and the Report and Recommendation of United States Magistrate Judge Docia L. Dalby dated October 31, 2012 (doc. no. 4) to which no objection has been filed.

The court hereby approves the report and recommendation of the magistrate judge and adopts it as the court's opinion herein. Accordingly, this action is DISMISSED, with prejudice, as a result of the plaintiff's failure to exhaust administrative remedies as mandated by 42 U.S.C. § 1997e, but with prejudice to his refiling the same claim or claims in forma pauperis.

Baton Rouge, Louisiana, November 26, 2012.

JAMES J. BRADY, JUDGE
MIDDLE DISTRICT OF LOUISIANA